833 A.2d 65

IN THE MATTER OF KEVIN R. SHANNON, AN ATTORNEY
AT LAW (ATTORNEY NO. 026371994).

October 21, 2003.

# O R D E R

This matter having been duly presented to the Court on the petition of the Office of Attorney Ethics pursuant to *Rule* 1:20–3(g), seeking the immediate temporary suspension of **KEVIN R. SHANNON** of **ABSECON**, who was admitted to the bar of this State in 1994;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply with the Court's Order filed on October 1, 2003, which directed respondent to provide the Office of Attorney Ethics with all outstanding records sought in connection with its pending investigation within 14 days of the filing date of the Order;

And good cause appearing;

It is ORDERED that **KEVIN R. SHANNON** is temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **KEVIN R. SHANNON** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.